AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**THOMAS E. PETERSON, JR.**

## CRIMINAL COMPLAINT

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 25, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **OFFICER PETER WARD**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant
**OFFICER PETER WARD**
**UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

_____    at    **Washington, D.C.**
Date                                                                          City and State

_____         _____
Name & Title of Judicial Officer                          Signature of Judicial Officer

## STATEMENT OF FACTS

      On April 25, 2007, at about 7:00 a.m., members of the United States Park Police served a D.C. Superior Court search warrant on xxx Xxxxxxx Xxxxxx, X.X., Xxxxxxxxx xxx, Xxxxxxxxxx, X.X. Upon gaining entry, officers located the defendant, Thomas Peterson, was located in a bedroom of the apartment. Recovered from that bedroom was 11 plastic bags containing an off-white rock-like substance, 11 small yellow plastic zip lock bags containing an off white rock-like substance, numerous empty zip lock bags, a digital scale, mail matter and documents addressed to the defendant, rubber gloves, and razor blades. The off white rock-like substance appeared to be crack cocaine. A portion of the off white rock-like substance field tested positive for cocaine base. Officers placed the defendant under arrest. The approximate weight of the off white rock-like substance was 41 grams, which is an amount commonly indicating that the suspected crack cocaine was going to used by others rather than used exclusively by the defendant.


_____
OFFICER PETER WARD
UNITED STATES PARK POLICE


SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_ DAY OF APRIL, 2007.


_____
U.S. MAGISTRATE JUDGE